FILED

Dec 09, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:22-cr-323-ADA-BAM |
| DAVID MITCHELL, | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testificandum

Name of Detainee: David Mitchell

Detained at       Fresno County Jail, located at

                  1225 M St, Fresno, CA 93721

Detainee is:     a.)    ☒ charged in this district by:    ☒ Indictment ☐ Information ☐ Complaint

                        charging detainee with:    18 U.S.C. § 922(g)(1); 21 U.S.C. 841(a)(1),(b)(1)(A)

                 b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ☒ return to the custody of detaining facility upon termination of proceedings

         or      b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                        is currently being served at the detaining facility

*Appearance is necessary on December 9, 2022 at 2:00 p.m. in the Eastern District of California.*

Signature:                    /s/ Arin C. Heinz

Printed Name & Phone No:      Arin C. Heinz (559-497-4080)

Attorney of Record for:       United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***on December 9, 2022*** for an appearance at ***2:00 p.m*** and at the conclusion of said hearing to return said detainee to the above-named custodian.

Dated:          **December 9, 2022**          /s/ Barbara A. McAuliffe
                                               Honorable Barbara A. McAuliffe
                                               U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | ☒ Male    ☐ Female |
| Booking or CDC #: | 2228674 | DOB: |
| Facility Address: | 1225 M St, Fresno, CA 93721 | Race: | Hispanic |
| Facility Phone: | 559-600-8600 | FBI#: | 998216CA9 |
| Currently Incarcerated For: | Probation Violation | | |

**RETURN OF SERVICE**

Executed on: _____          _____
                                         (signature)