HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MITCHELL,<br><br>Defendant. | Case No. 1:22-cr-00323-NODJ-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a change of plea hearing on November 6, 2024.

2. By this stipulation, the parties move to continue the change of plea hearing until January 13, 2025 and to exclude time from calculation under the Speedy Trial Act between November 6, 2024, and January 13, 2025 for continued plea negotiations and defense investigation.

IT IS SO STIPULATED.

Respectfully submitted,

|   |   |
|---|---|
| | PHILLIP A. TALBERT<br>United States Attorney |
| Date: October 30, 2024 | */s/ Arin Heinz*<br>ARIN HEINZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 30, 2024 | */s/ Christina M. Corcoran*<br>CHRISTINA M. CORCORAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>DAVID MITCHELL |

**ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from November 6, 2024, to **January 13, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of December 11, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:   **October 30, 2024**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

Mitchell – Stipulation and Order            2