HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DAVID MITCHELL,<br><br>                    Defendant. | Case Nos. 1:22-cr-00323-TLN-BAM-1<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nicholas Karp, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant DAVID MITCHELL, that the Court may continue the sentencing hearing from November 17, 2025, to February 9, 2026.

The parties further stipulate and request filing dates be continued as follows, noting that a final Presentence Report has already been circulated between parties:

| | |
|---|---|
| Formal Objections due: | January 26, 2026 |
| Reply to Objections and Sentencing Memorandum due: | February 2, 2026 |

The requested continuance is necessary for the defense to complete its investigation pertaining to sentencing and in light of the parties' scheduling conflicts.  Counsel for the government and Probation have no objections to the requested change of date.

As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: November 12, 2025

/s/ Nicholas Karp
NICHOLAS KARP
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 12, 2025

/s/ Christina M. Corcoran
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
DAVID MITCHELL

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for November 17, 2025, to **February 9, 2026, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.**

Dated:  November 12, 2025

_____
Troy L. Nunley
Chief United States District Judge

Mitchell  / Stipulation and Order

2