ERIC GRANT
United States Attorney
NICHOLAS KARP
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00323-DAD-EPG |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| DAVID MITCHELL, | |
| Defendant. | |

Upon application of the United States of America, and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Opposition to Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) in the above-captioned matter be and is hereby ordered SEALED until further order of this court, except that a copy of the United States' Opposition to Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) shall be served to the defendant in conformity with Federal Rule of Criminal Procedure 49.

IT IS SO ORDERED.

Dated:   **April 20, 2026**                   _Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1